809 A.2d 796

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DERRICK ELLIS, DEFENDANT–APPELLANT.

Argued October 8, 2002—Decided November 21, 2002.

*Frank J. Pugliese,* Assistant Deputy Public Defender, argued the cause for appellant (*Yvonne Smith Segars,* Public Defender, attorney).

*Michael J. Williams,* Deputy Attorney General, argued the cause for respondent (*Peter C. Harvey,* Acting Attorney General of New Jersey, attorney).

*Gregory A. Spellmeyer,* Deputy Attorney General, submitted a letter in lieu of brief on behalf of amicus curiae, New Jersey State Parole Board (*Peter C. Harvey,* Acting Attorney General of New Jersey, attorney).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Ciancia's majority opinion of the Appellate Division, reported at 346 *N.J.Super.* 583, 788 *A.*2d 849 (2002).

*For affirmance*—Chief Justice PORITZ and JUSTICES COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI, and ALBIN—7.

*Opposed*—None.